Certificate Number: 16339-PAE-DE-039757464

Bankruptcy Case Number: 25-10804



16339-PAE-DE-039757464

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 11, 2025, at 3:29 o'clock PM EDT, Michael Lim completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 11, 2025        By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor